Gene D. HUNT, Plaintiff–Appellant,

v.

Robert E. WARD, In his capacity as Warden of Evans Correctional Institution, South Carolina Department of Corrections, Defendant–Appellee.

No. 01–6001.

United States Court of Appeals,
Fourth Circuit.

Submitted April 27, 2001.

Decided May 4, 2001.

Gene D. Hunt, pro se.

Andrew Foster McLeod, Harris & McLeod, Cheraw, SC, for appellee.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Gene D. Hunt appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and

find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Hunt v. Ward,* No. CA–99–990–2–24AJ (D.S.C. Nov. 22, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*